SCWC-15-0000711

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

ROBERT E. WIESENBERG,
Petitioner/Plaintiff-Appellant,

vs.

UNIVERSITY OF HAWAIʻI; JOHN DOES 1-50; JANE DOES 1-50; DOE
ENTITIES 1-50; DOE GOVERNMENTAL UNITS/ENTITIES 1-50,
Respondent/Defendant-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-15-0000711; CIVIL NO. 13-1-2248-08)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/plaintiff-appellant Robert E. Wiesenberg's application for writ of certiorari, filed on March 16, 2016, is hereby accepted.

IT IS FURTHER ORDERED that no oral argument will be held, subject to further order of this court. Any party may, within ten days and pursuant to Rule 34(c) of the Hawaiʻi Rules of Appellate Procedure, move for retention of oral argument.

DATED: Honolulu, Hawaiʻi, April 29, 2016.

Mark G. Valencia and
Matthew A. Cohen,
for petitioner

Paul Alston, John-Anderson
L. Meyer, Maile Osika,
Carrie K. S. Okinaga, and
Ryan M. Akamine
for respondent

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

